

Proskauer Rose LLP   Eleven Times Square   New York, NY 10036-8299

Neil V. Shah
Attorney at Law
d +1.212.969.3028
f 212.969.2900
nshah@proskauer.com
www.proskauer.com

February 23, 2022

<u>Via ECF</u>

Honorable Edward S. Kiel
United States Magistrate Judge
Frank R. Lautenberg U.S. Post Office & Courthouse Building
2 Federal Square, Courtroom 8
Newark, New Jersey 07102

> Re:   *McGowan, et al. v. Barnabas Health, Inc., et al..*
> No. 2:20-cv-13119-KM-ESK (D.N.J.)

Dear Judge Kiel,

      This firm represents the Defendants in the above-referenced matter. Together with Plaintiffs' counsel, we write to provide a joint status report in accordance with the Court's December 13, 2021 order (Dkt. 45) and in advance of the March 1, 2022 telephone status conference.

      Following private mediation, on February 9, 2022, the Parties reached a settlement in principle to resolve the Plaintiffs' claims on a class-wide basis. The Parties are in the process of memorializing the terms of the settlement, and Plaintiffs plan to file a motion for preliminary approval and certification of a settlement class in short order.

      We thank the Court for its attention to this matter and look forward to speaking with the Court at the March 1, 2022 telephone status conference.

Respectfully submitted,

*/s/ Neil V. Shah*

cc:   All Counsel of Record (via ECF)