# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MARCIA L. MCGOWAN and TRACI M. SINGER, individually and on behalf of all others similarly situated,<br><br>                    Plaintiffs,<br><br>     v.<br><br>BARNABAS HEALTH, INC., THE INVESTMENT COMMITTEE OF RWJBARNABAS HEALTH, INC., THE DEFINED CONTRIBUTION PLANS AND ERISA ADMINISTRATIVE SUBCOMMITTEE OF THE INVESTMENT COMMITTEE OF RWJBARNABAS HEALTH, INC., SYSTEM and JOHN DOES 1-30.<br><br>                    Defendants. | )<br>)<br>)<br>)<br>) **CASE NO:**<br>) **2:20-cv-13119-KM**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFFS MARCIA L. MCGOWAN AND TRACI M. SINGER'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT, PRELIMINARY CERTIFICATION OF SETTLEMENT CLASS, APPROVAL OF CLASS NOTICE, APPROVAL OF PLAN OF ALLOCATION, AND SCHEDULING OF <u>FAIRNESS HEARING</u>**

Plaintiffs Marcia L. McGowan and Traci M. Singer (collectively, "Plaintiffs"), participants in the RWJBarnabas Health 401(k) Plan ("401(k) Plan") and the RWJBarnabas Health 403(b) Savings Plan ("403(b) Plan") (collectively, the "Plan" or "Plans"), respectfully submit this Unopposed Motion for Preliminary

1

Approval of Class Action Settlement Agreement entered into with Defendants[1] (the "Settlement" or "Settlement Agreement), Preliminary Approval of Class Notice, Approval of Plan of Allocation, and Scheduling of a Fairness Hearing ("Motion for Preliminary Approval) and respectfully move this Court for an Order granting the relief sought.  The grounds for this motion are set forth in Plaintiffs and their Counsel's declarations and the memorandum of law in support of this motion, which are submitted herewith.

A Proposed Order is submitted herewith.

Dated:  May 16, 2022                                       Respectfully submitted,

**CAPOZZI ADLER, P.C.**

*/s/* Mark K. Gyandoh
Mark K. Gyandoh, Esquire
Attorney ID No. 88587
Gabrielle Kelerchian
Attorney ID No. 324248
312 Old Lancaster Road
Merion Station, PA 19066
Tel: (610) 890-0200
Fax (717) 233-4103
Email: markg@capozziadler.com
          gabriellek@capozziadler.com

---

[1] "Defendants" refers, collectively, to Barnabas Health, Inc. ("Barnabas"), The Investment Committee of RWJBarnabas Health, Inc. ("Investment Committee"), The Defined Contribution Plans and ERISA Administrative Subcommittee of the Investment Committee of RWBarnabas Health, Inc., System ("Administrative Subcommittee"), and John Does 1-30.  The Investment Committee and Administrative Committee are referred to, collectively, as the "Committee."

3

**CAPOZZI ADLER, P.C.**
Donald R. Reavey, Esquire
Attorney ID No. 82498
2933 North Front Street
Harrisburg, PA 17110
(717) 233-4101
Fax (717) 233-4103
Email: donr@capozziadler.com

Counsel for Plaintiffs and
the Putative Class

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 16, 2022, a true and correct copy of the foregoing document was filed with the Court utilizing its ECF system, which will send notice of such filing to all counsel of record.

By: */s/ Mark K. Gyandoh*
Mark K. Gyandoh, Esq.